IN THE SUPREME COURT OF NORTH CAROLINA

No. 26A13

FILED 4 OCTOBER 2013

STATE OF NORTH CAROLINA

v.

MICHAEL DAVID McDARIS


Appeal pursuant to N.C.G.S. § 7A-30(2) from the unpublished decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, ___ S.E.2d ___ (Dec. 18, 2012) (No. COA12-476), finding no prejudicial error in judgments entered on 26 October 2011 by Judge Robert C. Ervin in Superior Court, Mecklenburg County. Heard in the Supreme Court on 3 September 2013.

*Roy Cooper, Attorney General, by Angenette Stephenson, Assistant Attorney General, for the State.*

*John Keating Wiles for defendant-appellant.*


PER CURIAM.


AFFIRMED.